# BOARD OF EDUCATION OF PARIS UNION SCHOOL DISTRICT NO. 95 ET AL. v. VAIL

No. 83–87.   Argued February 28, 1984—Decided April 23, 1984

*Thomas R. Miller* argued the cause and filed briefs for petitioners.

*Marc J. Ansel* argued the cause and filed a brief for respondent.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE MARSHALL took no part in the decision of this case.

---

*Briefs of *amici curiae* urging affirmance were filed for the American Association of University Professors by *Ralph S. Brown, Lawrence White, Ann H. Franke,* and *Victor J. Stone;* and for the National Education Association et al. by *Michael H. Gottesman, Robert M. Weinberg,* and *Charles S. Sims.*

*Gwendolyn H. Gregory* filed a brief for the National School Boards Association as *amicus curiae.*